IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09CV3127 |
| V. | ) | |
| | ) | |
| FIDELITY NATIONAL | ) | MEMORANDUM |
| INFORMATION SERVICES, INC., and | ) | AND ORDER |
| AURUM TECHNOLOGY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After consultation with counsel, and with their agreement,

IT IS ORDERED that:

1. The plaintiff shall not alter the status quo, including, but not limited to, allowing leases or licenses between the parties to terminate. This order shall automatically dissolve at twelve midnight, central time, on Friday, August 7, 2009, unless extended by the court.

2. A hearing on the defendants' motion (filings 13-15) for a temporary restraining order will be held before the undersigned at 2:00 P.M., central time, on Friday, August 7, 2009. The court has allocated no more than 2 hours for the hearing. Evidence will be presented by affidavit and not through live testimony.

3. The plaintiff may respond to the submission of the defendants (by brief, evidence index and affidavits) and shall provide any response no later than 5:00 P.M. central time on Monday, August 3, 2009. The defendants may reply no later than 5:00 P.M., central time, on Wednesday, August 5, 2009.

4. Inasmuch as Judge Piester has announced his retirement, and I have taken over the handling of Judge Piester's cases, the Clerk is ordered to reassign this case to me.

DATED this 24th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge