IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFORMATION TECHNOLOGY, INC., | No. 4:09-cv-03127 |
| Plaintiff, | |
| v. | **ORDER** |
| FIDELITY NATIONAL INFORMATION SERVICES, INC., and AURUM TECHNOLOGY, LLC, | |
| Defendants. | |

This matter is before the Court on a Stipulated Standstill Agreement filed by the parties (Filing No. 40). After giving consideration to the same,

IT IS ORDERED that the Stipulated Standstill Agreement (Filing No. 40) shall be and the same is hereby APPROVED as an Order of the Court.

IT IS FURTHERED ORDERED that the Motions for a Temporary Restraining Order (Filing No. 13) and for a Preliminary Injunction (Filing 19) are hereby withdrawn without prejudice and the Clerk shall terminate them.

IT IS FURTHER ORDERED that my judicial assistant shall schedule a telephone conference with counsel to address the scope and scheduling of discovery and a trial on the merits. Hopefully, that conference can be scheduled yet this month. My judicial assistant shall set aside one-half hour for the conference.

DATED this 17th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge