IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3127 |
| V. | ) ) ) | |
| FIDELITY NATIONAL INFORMATION SERVICES, INC., and AURUM TECHNOLOGY, LLC, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

    This matter is before the court on Information Technology, Inc.'s unopposed motion for extension of time to file a reply in support of its motion to dismiss counterclaims ([filing 48](filing 48)).  The court finds that the motion should be granted.

    IT IS ORDERED that Information Technology, Inc. shall have until October 2, 2009, to file its reply in support of its motion to dismiss counterclaims.

    September 21, 2009.

                                                  BY THE COURT:

                                                  *Richard G. Kopf*
                                                  United States District Judge